WARD CHURCH, ADMINISTRATOR, *vs.* THE WINCHESTER REPEATING ARMS COMPANY.

Third Judicial District.

Argued January 18th—decided March 8th, 1906.

ACTION to recover for personal injuries resulting in the death of the plaintiff's intestate, brought to and heard in

damages by the Superior Court in New Haven County, *Robinson, J.;* facts found and judgment rendered for nominal damages only, and appeal by the plaintiff.   *No error.*

*Ward Church* and *Harrison Hewitt*, for the appellant (plaintiff).

*Henry Stoddard*, for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New Haven County.